UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 AUG 31 PM 2: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Magistrate's Case No. '07 MJ 2116 |
| | ) | |
| Raymond BLACKWELL | ) | COMPLAINT FOR VIOLATION |
| | ) | OF |
| | ) | |
| | ) | 18 USC 922 (g)(1) - Felon in Possession of a Firearm and or ammunition |
| | ) | |
| | ) | 18 USC 922 (g)(9) - Possession of a Firearm and or ammunition after a Misdemeanor Crime of Domestic Violence Conviction |
| | ) | |
| | ) | 18 USC 922 (k) - Possession of a Firearm with an Obliterated Serial Number |

The undersigned complainant being duly sworn states:

## COUNT 1

On August 17, 2007, within the Southern District of California, defendant Raymond BLACKWELL, a convicted felon, possessed two pistols that traveled in and affected interstate commerce, which are described as one Smith and Wesson, model SW40VE, .45 caliber pistol, serial number PBV6576 and one Remington-Rand, model 1911, .45 caliber pistol with the serial number obliterated. Defendant BLACKWELL admitted to El Cajon Police Department Officer Conley that he purchased the above-mentioned pistols on the street in California for his protection; in violation of 18 United States Code, Section 922 (g)(1) - Felon in Possession of a Firearm.

1

## COUNT 2

On August 17, 2007, within the Southern District of California, defendant Raymond BLACKWELL, previously convicted for a misdemeanor crime of domestic violence, possessed two pistols that traveled in and affected interstate commerce, which are described as one Smith and Wesson, model SW40VE, .45 caliber pistol, serial number PBV6576 and one Remington-Rand, model 1911, .45 caliber pistol with the serial number obliterated. Defendant BLACKWELL admitted to El Cajon Police Department Officer Conley that he purchased the above-mentioned pistols on the street in California for his protection; in violation of 18 United States Code, Section 922 (g)(9) - Possession of a Firearm after a Misdemeanor Crime of Domestic Violence Conviction.

## COUNT 3

On August 17, 2007, within the Southern District of California, defendant BLACKWELL possessed a pistol with an obliterated serial number that traveled in and affected interstate commerce. The pistol is described as a Remington-Rand, model 1911, .45 caliber pistol with the serial number obliterated. Defendant BLACKWELL admitted to El Cajon Police Department Officer Conley that he purchased the above-mentioned pistol on the street in California for his protection; in violation of 18 United States Code, Section 922 (k) – Possession of a Firearm with an Obliterated Serial Number.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent Joseph Mokos
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 31st day of August, 2007.

_____
Hon. William McCurrine, Jr.
UNITED STATES MAGISTRATE

2

United States

V.

Raymond BLACKWELL

### Probable Cause Statement

### OVERT ACTS

In violation of the aforementioned statutes the following acts were committed in the Southern District of California:

On August 17, 2007, members of the La Mesa Police Department's Special Enforcement Detail conducted a probation and parole surveillance for parolee at large Raymond BLACKWELL at 718 Lynn Place, El Cajon, California 92020. During the surveillance, BLACKWELL was observed by Detail members pulling into the driveway at 718 Lynn Place, El Cajon, California 92020, while driving a red Mercury sedan bearing California license plate 5PUX874. Detail members observed BLACKWELL take a blue duffel bag out of the trunk of the red Mercury sedan and enter the residence. Approximately ten minutes later, BLACKWELL was observed by Detail members exiting the residence with the blue duffel bag that appeared to have a heavy object inside due to a protruding bulge on the bottom of the bag. BLACKWELL then placed the blue duffel bag into the trunk of the red Mercury sedan and proceeded to enter the vehicle. BLACKWELL was taken into custody for California Parole Violation 3056 PC by members of the La Mesa Police Department's Special Enforcement Detail. He was informed of his Miranda rights upon arrest, and agreed to answer questions.

A search of BLACKWELL'S red Mercury sedan by Detail members revealed the following two pistols located inside the blue duffel bag in the trunk:

- Smith and Wesson, model SW40VE, .45 caliber pistol, serial number PBV6576 containing eight rounds of ammunition.

- Remington-Rand, model 1911, .45 caliber pistol with the serial number obliterated containing eight rounds of ammunition.

During the post arrest interview BLACKWELL stated to Detail members that he had just, "bought," the pistols, "on the street," "for his protection." BLACKWELL also stated to Detail members that he has, "a fetish," for guns and paid, "next to nothing," for the pistols.

On August 22, 2007, your affiant caused an NCIC criminal history query of BLACKWELL, which revealed the following felony convictions:

- October of 1990 – Possession of Marijuana for Sale in California Superior Court San Diego.
- September of 1991 – Transport/Sell Narcotics/Controlled Substance in California Superior Court San Diego.
- December of 1992 – Violation of Parole and Transport/Sell Narcotics/Controlled Substance in California Superior Court San Diego.
- August of 1995 – Have a Loaded Firearm at Public/ETC School in California Superior Court San Diego.
- June of 1998 – Violation of Parole in California Superior Court San Diego.
- October of 1999 - Transport/Sell Narcotics/Controlled Substance w/ Prior Controlled Substance Conviction in California Superior Court San Diego.
- July of 2003 – Violation of Parole in California Superior Court San Diego.
- June of 2004 - Violation of Parole in California Superior Court San Diego
- July of 2005 – Threaten Crime with Intent to Terrorize in California Superior Court San Diego.

Your affiant knows that due to his felony convictions and pursuant to Federal firearms law, 18 USC 922(g) (1), BLACKWELL is prohibited from possessing firearms and ammunition that have traveled in interstate commerce.

On August 22, 2007, your affiant caused an NCIC criminal history query of BLACKWELL, which revealed the following misdemeanor crime of domestic violence conviction:

- March of 1998 – Inflict Corporal Injury Spouse/Cohabitant in California Municipal Court San Diego.

Your affiant knows that due to his misdemeanor crime of domestic violence conviction and pursuant to Federal firearms law, 18 USC 922(g) (9), BLACKWELL is

4

prohibited from possessing firearms and ammunition that have traveled in interstate commerce.

At the time of BLACKWELL'S arrest on August 17, 2007, Detail members recovered a pistol from the blue duffel bag that BLACKWELL was observed carrying. The pistol is described as a Remington-Rand, model 1911, .45 caliber pistol with the serial number obliterated. Your affiant knows that pursuant to Federal firearms law, 18 USC 922(k), BLACKWELL is prohibited from possessing a firearm that has had the serial number obliterated that has traveled in interstate commerce.

Your affiant has spoken with ATF Special Agent Matt Beals, a firearm and ammunition interstate nexus expert, who advised that the Taurus and Remington-Rand pistols were both manufactured outside of the state of California and therefore, at one point in time, must have traveled in interstate commerce.

Based upon the above information, your affiant believes probable cause exists to issue a criminal complaint to arrest Raymond BLACKWELL for the violations of 18 USC 922(g) (1) in that, being a prohibited person, BLACKWELL possessed firearms and ammunition that have traveled in interstate commerce; 18 USC 922 (g)(9) in that, being convicted of a misdemeanor crime of domestic violence, BLACKWELL possessed firearms and ammunition that have traveled in interstate commerce; 18 USC 922 (k) in that, BLACKWELL possessed a firearm with an obliterated serial number that has traveled in interstate commerce.

Special Agent Joseph Mokos
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 31st day of August, 2007.

Hon. William McCurrine, Jr.
UNITED STATES MAGISTRATE

5