# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Raymond Blackwell

**WARRANT FOR ARREST**

FILED AUG 22 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

1377988

CASE NUMBER: '07 MJ 2116

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Raymond Blackwell_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Felon in possession of a firearm; Possession of a firearm after a misdemeanor crime of domestic violence conviction; Possession of a firearm with an obliterated serial number.

[Stamp: DATE 8/18/08 ARRESTED BY AFO 8/A MOKOS STEVEN C. STAFFORD ACTING U.S. MARSHAL, SDCA BY ____]

[Stamp: 2007 AUG 31 P 3 58 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA]

In violation of Title ____18____ United States Code, Section(s) 922(g)(1), 922(g)(9), 922(k)

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Deputy | Aug. 31, 2007, San Diego, CA |
|  | Date and Location |

Bail fixed at $ ___No___ [Bail]   by _W McCurine Jr._
                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class II "J"                                                   ATF 5212

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Raymond Blackwell

WARRANT FOR ARREST

CASE NUMBER: **'07 MJ 2116**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Raymond Blackwell_____
                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Felon in possession of a firearm; Possession of a firearm after a misdemeanor crime of domestic violence conviction; Possession of a firearm with an obliterated serial number.

In violation of Title _____18_____ United States Code, Section(s) 922(g)(1), 922(g)(9), 922(k)

**WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE**

Name of Issuing Officer | Title of Issuing Officer

Aug. 31, 2007, _San Diego, CA_

Signature of Deputy | Date and Location

Bail fixed at $ _No_ [Bail]   by _[signature]_
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at RJ DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA |

| DATE RECEIVED 8/31/07 | NAME AND TITLE OF ARRESTING OFFICER JOSEPH MOKOS SPECIAL AGENT - ATF | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 8/18/08 | | |