1    **ANDREW LAH**
California State Bar No. 234580
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3    San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
4    Facsimile:    (619) 687-2666
andrew_lah@fd.org
5

6    Attorneys for Defendant Mr. Blackwell

7

8                              UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )   Case No. 07mj2116
                                            )
12                  Plaintiff,              )
                                            )
13   v.                                     )
                                            )   **NOTICE OF APPEARANCE**
14   **RAYMOND BLACKWELL,**                 )
                                            )
15                  Defendant.              )
                                            )
16   _____     )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18   Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney  in the

19   above-captioned case.

20                                              Respectfully submitted,

21

22   Dated: August 22, 2008                      *s/ ANDREW LAH*
                                                  Federal Defenders of San Diego, Inc.
23                                                Attorneys for Defendant
                                                  andrew_lah@fd.org
24

25

26

27

28

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Mr. Blackwell

7

8                                    UNITED STATES DISTRICT COURT

9                                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    Case No. 07mj2116
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )    **PROOF OF SERVICE**
                                      )
14 **RAYMOND BLACKWELL,**             )
                                      )
15              Defendant.            )
                                      )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20        **Assistant United States Attorney**
          efile.dkt.gc1@usdoj.gov
21

22 Dated: August 22, 2008                       *s/ ANDREW LAH*
                                                 **ANDREW LAH**
23                                               Federal Defenders of San Diego, Inc.,
                                                 andrew_lah@fd.org
24

25

26

27

28