AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Raymond Blackwell

**WARRANT FOR ARREST**

CASE NUMBER: '07 MJ 2116

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Raymond Blackwell_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Felon in possession of a firearm; Possession of a firearm after a misdemeanor crime of domestic violence conviction; Possession of a firearm with an obliterated serial number.

DATE ARRESTED 8/18/08 8:14 HK05
BY STEVEN C. STAFFORD ACTING U.S. MARSHAL
BY _____

RECEIVED 2007 AUG 31 P 3:50 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

In violation of Title _____18_____ United States Code, Section(s) 922(g)(1), 922(g)(9), 922(k)

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Deputy | Aug. 31, 2007, San Diego, CA |
|  | Date and Location |

Bail fixed at $ ___No___ [Bail]   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　**WARRANT FOR ARREST**

Raymond Blackwell

　　　　　　　　　　　　　　　　　　　CASE NUMBER:　**'07 MJ 2116**

To:　The United States Marshal
　　　and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest　　　Raymond Blackwell
　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　☐ Information　☒ Complaint　☐ Order of Court　☐ Violation Notice　☐ Probation Violation Petition
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Pretrial Violation

charging him or her with (brief description of offense)

Felon in possession of a firearm; Possession of a firearm after a misdemeanor crime of domestic violence conviction; Possession of a firearm with an obliterated serial number.

In violation of Title　18　United States Code, Section(s) 922(g)(1), 922(g)(9), 922(k)

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

Name of Issuing Officer　　　　　　　　　　　　　　Title of Issuing Officer

　　　　　　　　　　　　　　　　　　　　　　　　　Aug. 31, 2007
Signature of Deputy　　　　　　　　　　　　　　　Date and Location

Bail fixed at $　No　[Bail]　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at RJ DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA |

| DATE RECEIVED 8/31/07 | NAME AND TITLE OF ARRESTING OFFICER JOSEPH MOKOS SPECIAL AGENT - ATF | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/18/08 | | |