```
                                           FILED

                                      08 AUG 28 PM 2:41

                                      CLERK, U.S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2932   JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., |
| RAYMOND BLACKWELL, | Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Secs. 922(g)(9) and 924(a)(2) - Possession of a Firearm by Person Convicted of a Misdemeanor Domestic Crime of Violence; Title 18, U.S.C., Secs. 922(k) and 924(a)(1)(B) - Possession of Firearms with Obliterated Serial Numbers; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 924 - Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

Count 1

On or about August 17, 2007, within the Southern District of California, defendant RAYMOND BLACKWELL, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 30, 1995, Possession of a Loaded Firearm at a Public School, in violation of California Penal Code, Section 626.9(A); on or about December 7, 1992,

CEM:nlv(4):San Diego
8/26/08

1  Possession of Narcotics for Sale, in violation of California Penal
2  Code, Section 11351; and on or about November 8, 1999, Transportation
3  or Sale of a Controlled Substance, in violation of California Penal
4  Code Section 11352; did knowingly and unlawfully possess in and
5  affecting commerce firearms, that is, one Smith and Wesson, model
6  SW40VE, .45 caliber pistol, serial number PBV6576 and one Remington-
7  Rand, model 1911, .45 caliber pistol, with a obliterated serial
8  number; in violation of Title 18, United States Code,
9  Sections 922(g)(1) and 924(a)(2).

                                Count 2

11     On or about August 17, 2007, within the Southern District of
12 California, defendant RAYMOND BLACKWELL, being a person who had
13 previously been convicted of a misdemeanor crime of domestic violence,
14 that is, on or about March 13, 1998, in the Superior Court of
15 California, County of San Diego, in case number M752647DV, of
16 Inflicting Corporal Injury on Spouse, in violation of California Penal
17 Code Section 273.5, did knowingly and unlawfully possess in and
18 affecting commerce firearms, that is, one Smith and Wesson, model
19 SW40VE, .45 caliber pistol, serial number PBV6576 and one Remington-
20 Rand, model 1911, .45 caliber pistol, with a obliterated serial
21 number; in violation of Title 18, United States Code,
22 Sections 922(g)(9) and 924(a)(2).
23 //
24 //
25 //
26 //
27 //
28 //

## Count 3

On or about August 17, 2007, within the Southern District of California, defendant RAYMOND BLACKWELL did knowingly and intentionally possess a firearm that had been transported in interstate commerce and from which the manufacturer's serial numbers had been obliterated, removed and altered, that is, one Remington-Rand, model 1911, .45 caliber pistol; in violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 2.

## FORFEITURE ALLEGATION

Upon conviction of one ore more of the offenses alleged in Counts 1 through 3 of this indictment, defendant RAYMOND BLACKWELL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved in the commission of the offenses including, but not limited to the following:

a. One Smith and Wesson, model SW40VE, .45 caliber pistol, serial number PBV6576; and

b. one Remington-Rand, model 1911, .45 caliber pistol, with a obliterated serial number.

All pursuant to Title 18, United States Code, Section 924.

DATED: August 28, 2008.

A TRUE BILL:

_[signature]_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _[signature]_
CALEB E. MASON
Assistant U.S. Attorney

3